# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA STOCKTON**  **PLAINTIFF**
**ADC #169885**

v.  No. 4:25-cv-00196-LPR

**DEXTER PAYNE, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 13). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's claims are DISMISSED without prejudice based on his failure to (1) comply with the Court's May 12, 2025 Order requiring him to pay the filing fee, and (2) prosecute this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED this 24th day of July 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE