## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JOSHUA STOCKTON**                                                          **PLAINTIFF**
**ADC #169885**

**v.**                                      **No. 4:25-cv-00196-LPR**

**DEXTER PAYNE, et al.**                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 24th day of July 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE